MINUTE ENTRY
OCTOBER 25, 2019
WILKINSON, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

DAMIAN K. LABEAUD

CRIMINAL ACTION

NO. 19-219

SECTION: L

INITIAL APPEARANCE

APPEARANCES:  X  DEFENDANT WITH/(WITHOUT)COUNSEL  _____

_____
     X  ASSISTANT U.S. ATTORNEY    BRIAN M. KLEBBA _____
     __INTERPRETER  _____
Designated by Court and sworn.      Time: _____.M  to _____M.

 X / DEFENDANT WAS ADVISED OF HIS RIGHTS

 X / READING OF THE INDICTMENT WAS:
    (READ) WAIVED  SUMMARIZED

X/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

__/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

__/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 19

_/ BOND SET AT _____

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

_____

_____

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

_/ DEFENDANT RELEASED ON BOND

X/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/ ARRAIGNMENT IS SET FOR _October 29 2019 at 11:00 a.m. before Magistrate Judge Joseph C. Wilkinson, Jr.___

X/ HEARING TO DETERMINE COUNSEL IS SET FOR _October 29, 2019 at 11:00 am before Magistrate Judge Joseph C. Wilkinson, Jr.___

X DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

_October 29, 2019 at 11:00 am before Magistrate Judge Joseph C. Wilkinson, Jr.___

X/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL

WITH COUNSEL _____