MINUTE ENTRY
CURRAULT, M.J.
FEBRUARY 14, 2024

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO. 19-219 |
| DAMIAN K. LABEAUD | SECTION: L |

A Bond Revocation Hearing was set this date before United States Magistrate Judge Donna Phillips Currault.

PRESENT:   Brian M. Klebba, Assistant U.S. Attorney
           Damian K. Labeaud, Defendant

Counsel for Defendant was out of town and unable to attend the scheduled hearing. AUSA Klebba requested that the matter be continued until Friday, February 16, 2024. Accordingly,

**IT IS ORDERED** that the Bond Revocation Hearing is **CONTINUED to February 16, 2024 at 10:00 a.m.**

The defendant was remanded to the custody of the U.S. Marshal.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

MJSTAR:  00:02